Samuel Jaffe, appellant, v. H. L. Miller et al., appellees. Gen. No. 7,421.

Bill for discovery and accounting. Dismissed. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 27, 1925. Rehearing denied April 28, 1925.

H. H. Whittemore, for appellant. Walter C. Schneider, for appellees.

Mr. Justice Jones delivered the opinion of the court.